# Exhibit D

PLEASE TYPE OR PRINT

PRESS HARD - BEAR DOWN - YOU ARE MAKING 4 COPIES

# Quick INTERNATIONAL COURIER

| Chicago | (847) 233-9797 | (800) 473-4673 |
| Dallas | (972) 869-9933 | (800) 659-4339 |
| Greensboro | (336) 665-9797 | (800) 637-8736 |
| Los Angeles | (310) 414-9211 | (800) 788-4529 |
| New York | (718) 995-3616 | (800) 488-4400 |
| QuickSTAT | | (800) 856-7828 |
| Washington, D.C. | (703) 684-7400 | (800) 237-0271 |

**PICK-UP INFO.**
- Bill Shipper Acct. No.
- Agent
- Shipper Reference
- Date
- Time

**DELIVERY INFO.**
- Bill Consignee Acct. No.
- Bill Other Acct. No.
- Agent
- ATTN:
- PHONE:
- Date
- Time

**Description / Commodity** | **Pcs.** | **Wgt.**

Subject to Correction

- Basic $200.00 Insurance
- Shipper Waives Insurance
- Please initial here for Additional Insurance
- Insurance Value: $
- Commercial Invoice to be Completed by Shipper
- Customs Value: $

**Special Instructions**

Shipper certifies that the commercial value, nature of the goods, and contents are true and correct, assumes responsibility for charges, and agrees to conditions on the reverse side. In Compliance with Part 109 please complete security endorsement I certify that the shipment does not contain any unauthorized explosive or destructive devices or hazardous material. I consent to a search of this shipment. I am aware that this endorsement & original signature along with other shipping docs will be retained on file until the shipment is delivered.

**Shipper's Signature**  X

| First ID | Second ID |
| Type | Type |
| Photo ☐ Yes ☐ No | Photo ☐ Yes ☐ No |
| Number | Number |

**Shipper's Signature** | **Consignee's Signature**
Date & Time | Date & Time
Received in good condition except as noted

☐ Agent check box if inspected

SHIPPER'S RECEIPT 1



**NOTICE TO SHIPPERS**

Acceptance of this bill of lading by the shipper shall constitute the shipper's agreement to the following:

1. Quick will provide pickup and delivery services as requested by the shipper and will arrange for air or surface transportation as required. Such services will be furnished as agent of the shipper

2. The shipment is insured by Quick for loss, damage or destruction, irrespective of the cause including but not limited to negligence, to actual fair market value (limit $200.00) during pick-up, transport and delivery. There is a charge of $3.00 for this insurance and it will be charged automatically unless shipper waives all coverage by checking appropriate box on front of this bill of lading. The responsibility of Quick under this paragraph shall be reduced to the extent of the value of any other insurance carried by the shipper or any lost or damaged shipment.

3. Quick shall not be liable for any loss other than or in an amount in excess of, that which is described in paragraph 2 above unless arrangements concerning the same are made in advance of shipment. Shipper may request additional insurance up to a maximum of $5,000.00 per shipment by showing the amount on the face of this bill of lading and by paying an additional fee as agreed to by the shipper and Quick. The additional valuation and fee must be agreed upon by Quick prior to shipment, and must be entered on the face of this bill of lading

4. Quick shall not be responsible for special or consequential damages experienced by any person as a result of delay, loss or damage to any shipment.

5. Quick shall not be liable for any loss or damage which is a result of an act of God, public enemy, authority of law, act of the shipper, act of any third person, or inherent nature of the shipment itself

6. Live animals, fish, reptiles and insects are carried at shipper's risk only. Quick shall not be liable under paragraph 2 above or otherwise for the death of same in transit, or for the failure of same to arrive at destination in a condition of fitness for any particular scientific, experimental or other purpose. Quick will not be liable for loss or damage to cash, furs, jewelry, negotiable securities or other high value items, etc., unless the item or items are declared at the time of placing the call in order to afford Quick an opportunity to adequately protect the shipment.

7. The shipper warrants to Quick that the content of the shipment may be lawfully carried aboard airline aircraft and is not a prohibited substance under any applicable statutes and regulations, and is properly packaged or sheathed for that purpose if necessary. The shipper will indemnify and hold harmless Quick against any loss by the latter as a result of the shipper's violation of this provision

8. Any claim by the shipper for loss or damage in accordance with paragraph 2 hereof shall be noticed in writing to Quick, to address specified on the front side of this form not later than 10 days after loss or damage of the shipment. Such notice must include documentation showing actual value of shipment and proof of loss. No claims will be processed by Quick until all transportation charges have been paid. Claims may not be deducted from transportation charges. Any action or proceedings brought by the shipper against Quick concerning this shipment must be commenced within 180 days after loss or damage of the shipment

9. No agent, employee or representative of Quick has authority to modify any provisions of this Notice to Shippers.

10. In the event that payment is not received within 7 days after due date, a finance charge of 1 1/2 percent per month will be due and payable. If this matter is placed with an attorney for collection reasonable attorney fees will also be due and payable