UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JONATHAN D. POLESUK, *et al.*,
                Plaintiffs,

   -against-

CBR SYSTEMS, INC., *et al.*,
                Defendants.
------------------------------------------------------------------x

ORDER
05 CV 8324 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is directed to close this case.

Dated: New York, New York
        November 7, 2008

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge