**Steven R. Goldberg**
Attorney at Law
One North End Avenue
World Financial Center
12th Floor, Suite 1201
New York, New York 10282-1101
Telephone: (212) 845-5100
Telecopier: (212) 845-5102
E-mail: sgoldberg@verizon.net



MEMBER OF NEW YORK
NEW JERSEY AND
RHODE ISLAND BAR

NEW JERSEY OFFICE

339 BLOOMFIELD AVENUE
CALDWELL, NEW JERSEY 07006
(973) 403-9600

October 6, 2011

Hand Delivered
Honorable George B. Daniels
United States Courthouse
Southern District of New York
500 Pearl Street, Room 21D
New York, New York 10007-1312

Re:   POLESUKS v. CBR SYSTEMS, INC., ET. AL.
      Index No. 05 CV 8324(GBD)

Dear Honorable Judge Daniels:

    This office represents the plaintiffs in connection with the above matter. The parties have settled the action, subject to the court's approval of an infant compromise order. Pursuant to Settlement Agreement Paragraph 2(b), it was agreed that the terms of the settlement would remain confidential and the application for the infant's compromise order and the Order shall be filed under seal to preserve confidentiality.[1]

    Plaintiff respectfully requests that the Court "So Order" this letter granting the parties' request that (1) the settlement agreement and (2) the motion for approval of the infant's compromise order and the Order arising therefrom, be filed under seal.

(continued on the following page)

---

[1] The parties had previously entered into a confidentiality agreement in connection with the above matter.

Honorable George B. Daniels
October 6, 2011
Page -2-

Thank you and I remain,

                                            Respectfully yours,

                                            Steven R. Goldberg, Esq.

SRG/mr
cc:    Anthony D. Grande, Esq.
        John Sandercock, Esq.
        Francis A. Montbach, Esq.

OCT 07 2011

*George B. Daniels*
SO ORDERED